

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 26, 2021

**BY ECF**

The Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Igor Cornelsen*, 15 Cr. 516 (JGK)

Dear Judge Koeltl:

As the Court is aware, on October 7, 2021, defendant Igor Cornelsen filed a motion to dismiss the indictment in the above-captioned case. Dkt. 11-13. The parties have conferred, and respectfully propose the below schedule governing the remainder of briefing on the pending motion:

- Government's opposition brief to be due November 18, 2021; and
- Cornelsen's reply brief to be due December 13, 2021.

If this schedule is acceptable to the Court, the parties respectfully request that the Court "so order" this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *Elizabeth A. Hanft*
Elizabeth A. Hanft
Assistant United States Attorney
(212) 637-2334

SO ORDERED:
/s/ John G. Koeltl
U.S.D.J.
10/29/21

cc:    All Counsel of Record (by ECF)