UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

IGOR CORNELSEN, ET AL.,

    Defendants.

15-cr-516 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

Igor Cornelsen is directed to submit courtesy copies of the papers filed in connection with his motion to dismiss the indictment. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
           January 4, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                            United States District Judge