UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA                    15 Cr. 516 (JGK)

      - against -                          ORDER

IGOR CORNELSON,

                  Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties should appear by telephone for oral argument on

**June 17, 2022**, at **2:30 p.m.** Dial-in: 888 363-4749, with access

code 8140049.

SO ORDERED.
Dated:    New York, New York
           June 14, 2022

                              John G. Koeltl
                     United States District Judge